UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK DOUGLAS KIMBALL, P.S.,<br><br>    Plaintiff,<br><br>    v.<br><br>MADHAVI VUPPALAPATI and ANANDHAN JAGARAMAN,<br><br>    Defendants. | C17-635 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion for leave to serve defendants via e-mail, docket no. 6, is DENIED without prejudice. In the motion, plaintiff indicates that defendants' current whereabouts are unknown, but plaintiff has attempted service at the last known address in the United States, at an address for a related company in the United Kingdom, and via the Ministry of Law and Justice in India, pursuant to the Convention on the Service Abroad of Judicial and Extrajudicial Documents (the "Hague Convention"). Whether plaintiff will succeed in serving defendants in India is still unknown. Moreover, because plaintiff cannot indicate which country defendants inhabit, plaintiff has not made the requisite representation that any such country is a signatory to the Hague Convention and that any such country allows or does not object to service via e-mail. Plaintiff is encouraged to use defendants' e-mail addresses to obtain waivers of service, *see* Fed. R. Civ. P. 4(d)(1), or additional information that may be used to effect personal service.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of August, 2017.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 1