UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK DOUGLAS KIMBALL, P.S., <br><br> Plaintiff, <br><br> v. <br><br> MADHAVI VUPPALAPATI and ANANDHAN JAGARAMAN, <br><br> Defendants. | C17-635 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff is ORDERED to show cause by November 6, 2017, why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report signed on May 2, 2017, docket no. 5, as amended on June 7, 2017. Absent a timely response to this Minute Order, this action shall be DISMISSED without prejudice.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of October, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1