UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK DOUGLAS KIMBALL, P.S.,

Plaintiff,

v.

MADHAVI VUPPALAPATI; and
ANANDHAN JAGARAMAN,

Defendants.

C17-635 TSZ

ORDER

By Minute Order dated October 5, 2017, docket no. 8, the Court directed plaintiff to show cause why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report signed on May 2, 2017, docket no. 5. Having received no response to said Minute Order, this action is hereby DISMISSED without prejudice. *See* Fed. R. Civ. P. 41(b); *see also Wallace v. Hinton*, 2000 WL 1728285 (9th Cir. Nov. 20, 2000) (affirming dismissal without prejudice for failure to timely file a joint status report (citing *Malone v. U.S. Postal Serv.*, 833 F.2d 128, 132 (9th Cir. 1987))).

IT IS SO ORDERED.

Dated this 17th day of November, 2017.

Thomas S. Zilly
United States District Judge

ORDER - 1